FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 28  P 4:09

LORETTA G. WHYTE
       CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEROY A/K/A DEREK MCSMITH | CIVIL ACTION |
| VERSUS | NO. 06-5363 |
| KURT D. ENGELHARDT | SECTION "C" (4) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Leroy a/k/a Derek McSmith's complaint against United States District Judge Kurt D. Engelhardt be **DISMISSED WITH PREJUDICE** as legally and factually frivolous and otherwise for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this 28th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Process___
 X  Dktd___
___ CtRmDep___
___ Doc.No.___